1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  GREGG W. LOWDER (CABN 107864)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7044
7     Fax: (415) 436-7234
      Gregg.Lowder@usdoj.gov
8
   Attorneys for Plaintiff United States of America
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA, | ) | CASE NO. CV 14-3801 JCS |
| --- | --- | --- |
14 | Plaintiff, | ) ) | **UNITED STATES REQUEST TO VACATE FURTHER CASE MANAGEMENT** |
15 | v. | ) ) | **CONFERENCE IN LIGHT OF PENDING MOTION FOR DEFAULT JUDGMENT, AND** |
16 | APPROXIMATELY $45,860 IN UNITED STATES CURRENCY, | ) ) | **[PROPOSED] ORDER** |
17 | | ) | |
18 | Defendant. | ) | |

19  The United States of America, through its undersigned counsel, respectfully requests the
20 Court to vacate the previously scheduled date of Friday, February 20, 2015, for a continued Case
21 Management Conference in light of the government's recently filed Motion for Default Judgment set for
22 hearing before this Court on March 20, 2015, at 9:30 a.m.
23  As discussed with this Court at the initial Case Management Conference on November 19,
24 2014, at this time all potential parties have been properly noticed, all time for filing a claim has long
25 passed, and no party has entered this action by filing a claim or by filing any other process. In fact, the
26 only claimant in the earlier administrative forfeiture process underlying the present judicial action
27 informed the government through counsel that he has actual notice of this judicial action and that he has
28 decided not to file any claim or otherwise enter this action.

1 | In light of the absence of any opposing party in this action and the government's pending Motion
2 | for Default Judgment that is expected to be unopposed, the government requests that the further Case
3 | Management Conference now scheduled for Friday, February 20, 2015, be vacated, to be reset if
4 | necessary following the Court's consideration of the government's Motion for Default Judgment.

5 | DATED: February 12, 2015            Respectfully submitted,

6 |                                     MELINDA HAAG
                                        United States Attorney

7 |                                     /s/ *Gregg Lowder*
8 |                                     GREGG W. LOWDER
                                        Assistant United States Attorney

12 |                       **[PROPOSED] ORDER**

13 | **FOR GOOD CAUSE APPEARING**, the Case Management Conference currently set for
14 | February 20, 2015, before this Court is vacated. Scheduling of the Case Management Conference will
15 | be addressed as necessary by the Court on March 20, 2015, following hearing on the government's
16 | Motion for Default Judgment.

17 | **IT IS SO ORDERED.**

18 | Dated: 2/13/15

    | _____
    | JOSEPH C. SPERO
    | United States Magistrate Judge

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that he caused a copy of:

- UNITED STATES REQUEST TO VACATE FURTHER CASE MANAGEMENT CONFERENCE IN LIGHT OF PENDING MOTION FOR DEFAULT JUDGMENT, AND [PROPOSED] ORDER

to be served this date via U.S. first class mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

| | |
|---|---|
| Jacek W. Lentz, Esq.<br>Law Offices of Jacek W. Lentz<br>1055 Wilshire Boulevard, Suite 1996<br>Los Angeles, CA 90017<br>(Counsel for COOK) | Lorenzo Newell<br>220 Maple Way<br>Alameda, CA 94501 |
| Adidas McNair<br>420 Mangum Court<br>Fayetteville, NC 28314 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 12th day of February, 2015, at San Francisco, California.

           /S/   *Hector Lopez*
           HECTOR LOPEZ
           FSA Paralegal III/Asset Forfeiture Unit