UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.  14-cv-03801-JCS |
| v. | |
| | **ORDER FILING DECLARATION UNDER SEAL** |
| APPROXIMATELY $45,860 IN U.S. CURRENCY, | |
| Defendant. | |

The United States' Motion for Default Judgment in this case relied on certain information unsupported by evidence in the record or factual allegations in the Complaint.  At the hearing on March 20, 2015, the United States represented that it could supply a declaration supporting the assertions of its Motion, but requested leave to file that declaration under seal.  The Court has reviewed the declaration that the United States seeks to seal in camera, and finds sealing appropriate for the reasons stated on the record at the March 20 hearing.  The clerk is therefore instructed to file the Declaration of Assistant United States Attorney Gregg W. Lowder under seal.

In future civil actions in this Court, the United States is advised to follow the procedures for filing under seal established by Civil Local Rule 79-5.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
JOSEPH C. SPERO
Chief Magistrate Judge

United States District Court
Northern District of California